UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WINSTON ALLEN-TANZIL,<br><br>    Defendant. | Case: 4:25-cr-20709<br>Judge: Behm, F. Kay<br>MJ: Ivy, Curtis<br>Filed: 09-24-2025<br><br>Violation:<br>18 U.S.C. § 922(g)(1) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about September 2, 2025, in the Eastern District of Michigan, the defendant, WINSTON ALLEN-TANZIL, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Taurus, G2C, 9mm caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)(1)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1).

Upon conviction of an offense charged in this Indictment, WINSTON ALLEN-TANZIL shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d)(1), any firearm or ammunition involved in said offense, including, but not limited to, a Taurus, G2C, 9mm caliber pistol, serial number ABJ929016, and 13 rounds of 9mm caliber ammunition.

Dated: September 17, 2025         THIS IS A TRUE BILL

                                  s/*Grand Jury Foreperson*
                                  _____
                                  GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

s/*Anthony P. Vance*                      s/*Grant Newman*
ANTHONY P. VANCE                          GRANT NEWMAN
Assistant United States Attorney          Assistant United States Attorney
Chief, Branch Offices                     101 First Street, Suite 200
600 Church Street                         Bay City, MI 48708
Flint, MI 48502                           (989) 895-5712
(810) 766-5177                            Grant.Newman@usdoj.gov
Anthony.Vance@usdoj.gov                   P79799
P61148

2

Companion Case information MUST be completed by AUSA and initialed.

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Companion Case Information

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes     X No

Case: 4:25-cr-20709
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 09-24-2025

**Case Title:** USA v. Winston Allen-Tanzil

**County where offense occurred:** Genesee County

**Check One:** X Felony     ☐ Misdemeanor     ☐ Petty

  x   Indictment/ ____ Information --- no prior complaint.
____ Indictment/ ____ Information --- based upon prior complaint [Case number:]
____ Indictment/ ____ Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date: September 24, 2025

s/Grant Newman
Grant Newman
Assistant United States Attorney
101 First St. Ste. 200 Bay City, MI 48706
989-895-5712
E-Mail address: Grant.Newman@usdoj.gov
Attorney Bar:   P 79799

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.